NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**POWER INTEGRATIONS, INC.,**
*Appellant*

**v.**

**SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, DBA ON SEMICONDUCTOR,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2018-1602, 2018-1741

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00995, IPR2016-01597.

_____

Decided: June 13, 2019

_____

FRANK SCHERKENBACH, Fish & Richardson, PC, Boston, MA, argued for appellant. Also represented by HOWARD G. POLLACK, MICHAEL R. HEADLEY, NEIL WARREN,

Redwood City, CA; JOHN WINSTON THORNBURGH, San Diego, CA.

LAUREN J. DREYER, Baker Botts, LLP, Washington, DC, argued for appellee. Also represented by BRETT J. THOMPSEN, Austin, TX; MICHAEL HAWES, ROGER FULGHUM, Houston, TX.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, FARHEENA YASMEEN RASHEED, PHILIP J. WARRICK.

─────────────────────

Before TARANTO, MAYER, and CHEN, *Circuit Judges.*

PER CURIAM.

We vacate the Board's final written decisions in IPR2016-00995 and IPR2016-01597, and we remand for dismissal of those inter partes reviews as time-barred under 35 U.S.C. § 315(b). *See Power Integrations, Inc. v. Semiconductor Components Indus., LLC*, No. 2018-1607 (Fed. Cir. June 12, 2019).

The parties shall bear their own costs.

**VACATED AND REMANDED**